J-A05009-21

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
v. :
:
:
JESSE MCGRATH :
:
Appellant : No. 554 EDA 2020

Appeal from the Judgment of Sentence Entered December 17, 2019
In the Court of Common Pleas of Delaware County Criminal Division at
No(s): CP-23-CR-0006508-1986

**ORDER**

And now, on this 16th day of June, 2021, upon consideration of the Commonwealth's Motion to Publish Memorandum Decision, the same is hereby GRANTED. The Memorandum filed on June 10, 2021, is hereby withdrawn.

PER CURIAM